UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FAUSTO TORRES,                                    16 CV 6126 (LAP)

                           Plaintiff,

    -against-

COOSEMANS NEW YORK, INC.,
EDDY CRECES,

                         Defendants.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that this action is dismissed with prejudice and without any costs, fees, or disbursements assessed against any party except as provided in the parties' Settlement Agreement. It is further stipulated and agreed that scanned and emailed signatures for the purpose of this stipulation only shall constitute originals.

Dated: June 26, 2017

NEIL H. GREENBERG & ASSOCIATES, P.C.

By: Heather N. Babione, Esq.
Justin M. Reilly, Esq.
*Attorneys for Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100

Dated: June 26, 2017

BOND SCHOENECK & KING, PLLC

By: Tyler T. Hendry, Esq.
Richard G. Kass, Esq.
*Attorneys for Defendants*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2313

SO ORDERED:

_____          6/27/17
LORETTA A. PRESKA                          DATE
UNITED STATES DISTRICT JUDGE

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.